Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 1729 | **DATE** | 4/24/2001 |
| **CASE TITLE** | Linda Zamecnik vs. Associated Packaging | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. ConAgra's motion to modify is denied, and it is ordered to pay the incremental costs that Zamecnik has incurred because of her counsel's need to take action to enforce her established rights and to defend against ConAgra's efforts to alter them. (44-1)

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| ✓ | Notices mailed by judge's staff. | APR 25 2001 date docketed |
| | Notified counsel by telephone. | |
| | Docketing to mail notices. | docketing deputy initials |
| | Mail AO 450 form. | |
| | Copy to judge/magistrate judge. | 4/24/2001 date mailed notice |
| SN | courtroom deputy's initials | |
| | Date/time received in central Clerk's Office | SN mailing deputy initials |

Document Number

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LINDA SWAN ZAMECNIK, )
)
        Plaintiff, )
)
v. ) No. 98 C 1729
)
ASSOCIATED PACKAGING ENTERPRISES, )
INC., et al., )
)
        Defendants. )

MEMORANDUM OPINION AND ORDER

ConAgra Foods, Inc. ("ConAgra"), a nonparty in this dispute between Linda Zamecnik ("Zamecnik") and principal defendant Associated Packaging Enterprises, Inc., has sought to modify the protective order entered by this Court on November 17, 2000. Zamecnik has filed her response, and the matter is currently set for a telephonic status hearing on May 9. But there is plainly no need to await that date to rule on ConAgra's motion, for it is clearly without merit in light of Zamecnik's response.

Indeed, the protective order at issue was originally entered on an agreed basis, based on ConAgra's having declined to produce requested documents without the entry of such an order (which was issued essentially in the form and containing the substantive provisions that ConAgra had requested). Despite the passage of several months since mid-November, however, ConAgra has not complied with its production obligations, so that Zamecnik's counsel has been compelled to seek further judicial relief. Now ConAgra--still not having complied--complains that it would be

disadvantaged competitively by having to live up to its obligations.

That complaint is wholly unpersuasive, while Zamecnik's response is correspondingly persuasive. No sound basis exists for granting ConAgra further relief. Its motion is denied, and it is ordered to pay the incremental costs that Zamecnik has incurred because of her counsel's need to take action to enforce her established rights and to defend against ConAgra's efforts to alter them.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 24, 2001

2